Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

JUN 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MILTON BRAXTON, | ) | Case No. CV 05-7977 CJC(JC) |
|---|---|---|
| Petitioner, | ) | (PROPOSED) |
| v. | ) | JUDGMENT |
| JOHN MARSHALL, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: June 10, 2008

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE